UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE L. BOYD, | Case No. 2:24-cv-0275-DJC-JDP (PS) |
| Plaintiff, | |
| v. | ORDER |
| WALMART, | |
| Defendant. | |

    Defendant filed a motion to dismiss this case for plaintiff's failure to prosecute, which is currently set for hearing on March 20, 2025. ECF Nos. 20 & 21. Plaintiff failed to timely file a response to defendant's motion. Accordingly, on February 18, 2025. I continued the hearing on defendant's motion and ordered plaintiff to show cause why sanctions should not be imposed for her failure to comply with the court's local rules. ECF No. 21. Plaintiff, however, was never served with a copy of that order. Accordingly, I will continue the hearing of defendant's motion and grant plaintiff an opportunity to show cause why this action shouldn't be dismissed and to respond to defendant's motion.

    Accordingly, it is hereby ORDERED that:

    1. The March 20, 2025 hearing on defendant's motion to dismiss is continued to April 24, 2025, at 10:00 a.m., in Courtroom No. 9.

1

2. By no later than April 3, 2025, plaintiff shall file an opposition or statement of non-opposition to defendant's motion.

3. Plaintiff shall show cause, by no later than April 3, 2025, why sanctions should not be imposed for failure to timely file an opposition or statement of non-opposition to defendant's motion.

4. Defendant may file a reply to plaintiff's opposition, if any, no later than April 17, 2025.

5. The Clerk of Court is directed to serve plaintiff with a copy of the court's February 18, 2025 order. *See* ECF No. 21.

IT IS SO ORDERED.

Dated:  March 17, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE